

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| Shawntrell Dawkins, | § | No. 08-13-00012-CR |
| Appellant, | § | Appeal from the |
| v. | § | 409th District Court |
| The State of Texas, | § | of El Paso County, Texas |
| State. | § | (TC# 20090D05205) |

# **O R D E R**

The Court GRANTS Kathleen A. Supnet's fourth request for an extension of time within which to file the Supplemental Reporter′s Record until **April 30, 2014.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE SUPPLEMENTAL REPORTER′S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Kathleen A. Supnet, Court Reporter for the 409th District Court, of El Paso County, Texas, prepare the Supplemental Reporter's Record for the above styled and numbered cause, and forward the same to this Court on or before **April 30, 2014.**

If the Supplemental Reporter's Record is not filed with this Court by **April 30, 2014**, this Court will find it necessary to send this case back to the trial court for a hearing as to why the Supplemental Reporter's Record has not been filed.

IT IS SO ORDERED this 25th day of April, 2014.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.